IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES J. WILCOX

       Plaintiff,

vs.                                                                                  No. CIV 2007-00561 BB/CG

HARLEY-DAVIDSON MOTOR
COMPANY GROUP, INC.,

       Defendant.

## DEFENDANT HARLEY-DAVIDSON MOTOR COMPANY GROUP, INC.'S OBJECTIONS TO PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Defendant, Harley-Davidson Motor Company Group, Inc. ("Harley-Davidson"), by and through its counsel of record, Butt Thornton & Baehr PC (Alfred L. Green, Jr.) and Quarles & Brady LLP (Mark A. Kircher), hereby submits its objections to Plaintiff's proposed voir dire questions:

<u>Objection to Question No. 2</u>:  Plaintiff seeks to have the Court ask the potential jurors whether they know all of the witnesses in this matter and seeks to have the Court include a brief description of these persons in doing so.  However, Plaintiff provides more detailed descriptions for witnesses he plans to call at trial and does not provide similar or equivalent descriptions for witnesses who will be called by Harley-Davidson.  For instance, he asks the Court to describe Robert Wright as "Expert, Accident Reconstruction from VA" and Randy Nelson as "Expert Motorcycle Rider and Manufacturer of Motorcycle Parts from San Diego, CA" but does not include a similar description for Harley-Davidson's witnesses, simply referring to them as employees or experts.  Harley-Davidson objects to these descriptions and asks that the Court only ask whether the potential jurors know the named individuals.

If the Court uses the descriptions listed in Plaintiff's second voir dire question, Harley-Davidson respectfully requests that the Court use the following descriptions for the Harley-Davidson witnesses:

l.        Jeffrey "Jeff" Hickman - Technical Specialist and former Special Test Rider for Harley-Davidson;

m.        James Brendelson - Vehicle Dynamics Expert, Harley-Davidson Vehicle Dynamics Group;

n.        Larry Hejlik - Principal Engineer for Harley-Davidson;

o.        Thomas L. Proft, P.E. - Expert in Metallurgy and Materials Science from Germantown, WI; and

p.        Warner W. Riley - Expert Motorcycle Rider and Accident Reconstructionist from Lake Forest, IL.

Respectfully submitted this 15th day of January, 2009.

/s/ *Alfred L. Green, Jr.*
ALFRED L. GREEN, JR.
BUTT THORNTON & BAEHR PC
4101 Indian School Rd. NE
P.O. Box 3170
Albuquerque, New Mexico  87190

MARK A. KIRCHER
QUARLES & BRADY LLP
411 E. Wisconsin Ave.
Suite 2040
Milwaukee, Wisconsin 53202
*Attorneys for Defendant Harley-Davidson Motor Company Group, Inc.*

I HEREBY CERTIFY that on the 15th day of January, 2009, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Dennis L. Richard
dennis@dlrsan.com


/s/ *Alfred L. Green, Jr.*